UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC; et al., | CIVIL #: 3:12-CV-00180 |
| vs | *Plaintiff(s)* |
| MORIS BERACHA; et al. | |
| | *Defendant(s)* |

## AFFIDAVIT OF SERVICE

State of Florida }
County of Miami-Dade} ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Florida.

That on **2/23/2012** at **10:22 PM** at **18101 Collins Avenue, Unit 5409, Sunny Isles, FL 33160**

deponent served a(n) **Summons in a Civil Case, Complaint with Exhibits, Order on Pretrial Deadlines, Electronic Filing Order, Notice to Counsel**

on **Moris Beracha**,

by affixing a true copy of each to the door of said premises, which is defendant's dwelling place/usual place of abode within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there:

2/17/2012 4:30 PM
2/18/2012 12:26 PM
2/20/2012 8:12 AM
2/21/2012 3:00 PM

Within 20 Days of such affixing deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence at **18101 Collins Avenue, Unit 5409, Sunny Isles, FL 33160** and deposited said envelope in an offical depository under the exclusive care and custody of the U.S. Postal Service within Florida State.
Mailed copy on: **2/27/2012**

MILITARY SERVICE: At the time of service deponent spoke to and asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
28 day of February, 2012

_____
NOTARY PUBLIC

CHRIS YEOMAN
MY COMMISSION # EE 145356
EXPIRES: November 27, 2015
Bonded Thru Budget Notary Services

_____
Rafael Gonzalez
License No. CPS #1250