UNITED STATES DISTRICT COURT

CONNECTICUT

John J. Carey

        (Plaintiff)

Vs                                                3:12-CV-00180(SRU)

Morris Beracha, et al

        (Defendant)


STATE OF CONNECTICUT:
                    SS: EAST HARTFORD, CT                February 24, 2012
COUNTY OF HARTFORD:


THAT by and at the direction of Attorney Philip H. Bieler, on February 22, 2012, pursuant to Provisions of Connecticut General Statutes 52-59b, I made due and legal service upon the within out of state defendant by leaving two (2) true and attested copies along with the required Fifty Dollar ($50.00) processing fee by The Secretary of The State of the original Summons In A Civil Action and Complaint Jury Trial Demanded at the office of the Secretary of State whom accepts service on behalf of the within named defendant:

MORIS BERACHA

ALSO, on February 22, 2012, I deposited at the East Hartford Post Office, a verified true and attested copy of the original Summons In A Civil Action and Complaint Jury Trial Demanded, certified mail, return receipt requested addressed to the within named defendant:

MORIS BERACHA
18101 COLLINS AVE, UNIT 5409                    CERTIFIED MAIL # 7001 0320 0004 3268 5010
SUNNY ISLES, FL 33160

ALSO, on February 22, 2012, I deposited at the East Hartford Post Office, a verified true and attested copy of the original Summons In A Civil Action and Complaint Jury Trial Demanded, certified mail, return receipt requested addressed to the within named defendant:

MORIS BERACHA
845 UNITED NATIONS PLAZA, UNIT 80B
NEW YORK, NY 10017                         CERTIFIED MAIL # 7001 0320 0004 3268 5003
SUNNY ISLES, FL 33160

THE WITHIN IS THE ORIGINAL **Summons In A Civil Action and Complaint Jury Trial Demanded** WITH MY DOINGS HEREON ENDORSED:

Sworn to and subscribed before me on 24TH , February 2012

By an affiant who is personally known to be or produced identification.

_____
Notary Public
My Commission Expires: 8/31/2014

_____
Christine Foran, Private Process Server



