

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**CASE NUMBER: 3:12-CV-00180-SRU**

**JOHN J. CARNEY**

**Plaintiff**

- v -

**MORIS BERACHA, ET AL.,**

**Defendants**

### AFFIDAVIT OF SERVICE

**I, GREG NICOLAS DeANGELO LEACOCK** of Todman's Peak, Tortola, in the British Virgin Islands (**"BVI"**) **make oath and state as follows:**

1. I am employed by the law firm of SCA Creque of Mandar House, Johnson's Ghut, PO Box 2344, Road Town, Tortola VG1110, BVI. I am authorized to make this affidavit.

2. On 27 February 2012 at about 2:21 p.m., I did serve copies of the following documents (**"Documents"**) on Fractal L Holding Ltd by leaving the Documents at the offices of the Registered Agent of Fractal L Holding Ltd in the BVI:

    - Complaint, dated 3 February 2012 together with exhibits;
    - Order on Pretrial Deadlines, filed 3 February 2012;
    - Electronic Filing Order, filed before the United States District Court for the District of Connecticut, dated 3 February 2012;
    - Notice to Counsel and Pro Se Parties, filed 6 February 2012; and
    - Summons in a Civil Case, dated 6 February 2012.

3. The Documents were received and signed for by Kareene Matthias in person and who accepted the Documents upon Fractal L Holding Ltd's behalf.

4. I make this affidavit truthfully and voluntarily.

SWORN on 06 March 2012  )
at Road Town, Tortola, BVI  )
Before me:  )

..................................................
A Commissioner for Oaths
Road Town, Tortola, BVI

..................................................
**GREG NICOLAS DeANGELO LEACOCK**