

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
CASE NUMBER: 3:12-CV-00180-SRU

JOHN J. CARNEY

                                                                                                                       **Plaintiff**

- V -

MORIS BERACHA, ET AL.,

                                                                                                                       **Defendants**

### AFFIDAVIT OF SERVICE

**I, GREG NICOLAS DeANGELO LEACOCK** of Todman's Peak, Tortola, in the British Virgin Islands (**"BVI"**) **make oath and state as follows:**

1. I am employed by the law firm of SCA Creque of Mandar House, Johnson's Ghut, PO Box 2344, Road Town, Tortola VG1110, BVI. I am authorized to make this affidavit.

2. On 27 February 2012 at about 4:35 p.m., I did serve copies of the following documents (**"Documents"**) on Rowberrow Trading Corp by leaving the Documents at the offices of the Registered Agent of Rowberrow Trading Corp in the BVI:

   - Complaint, dated 3 February 2012 together with exhibits;
   - Order on Pretrial Deadlines, filed 3 February 2012;
   - Electronic Filing Order, filed before the United States District Court for the District of Connecticut, dated 3 February 2012;
   - Notice to Counsel and Pro Se Parties, filed 6 February 2012; and
   - Summons in a Civil Case, dated 6 February 2012.

3. The Documents were received and signed for by Gareth Thomas in person and who accepted the Documents upon Rowberrow Trading Corp's behalf.

4. I make this affidavit truthfully and voluntarily.

SWORN on 06th March 2012    )
at Road Town, Tortola, BVI       )
Before me:                         )
                                         )
..................................        )    ..................................
A Commissioner for Oaths              GREG NICOLAS DeANGELO LEACOCK
Road Town, Tortola, BVI