

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
CASE NUMBER: 3:12-CV-00180-SRU

JOHN J. CARNEY                                                                                              Plaintiff

- v -

MORIS BERACHA, ET AL.,                                                                             Defendants

### AFFIDAVIT OF SERVICE

**I, GREG NICOLAS DeANGELO LEACOCK** of Todman's Peak, Tortola, in the British Virgin Islands (**"BVI"**) **make oath and state as follows:**

1. I am employed by the law firm of SCA Creque of Mandar House, Johnson's Ghut, PO Box 2344, Road Town, Tortola VG1110, BVI. I am authorized to make this affidavit.

2. On 27 February 2012 at about 2:34 p.m., I did serve copies of the following documents (**"Documents"**) on Brave Spirit Ltd by leaving the Documents at the offices of the Registered Agent of Brave Spirit Ltd in the BVI:

   - Complaint, dated 3 February 2012 together with exhibits;
   - Order on Pretrial Deadlines, filed 3 February 2012;
   - Electronic Filing Order, filed before the United States District Court for the District of Connecticut, dated 3 February 2012;
   - Notice to Counsel and Pro Se Parties, filed 6 February 2012; and
   - Summons in a Civil Case, dated 6 February 2012.

3. The Documents were received and signed for by Julia Chase in person and who accepted the Documents upon Brave Spirit Ltd's behalf.

4. I make this affidavit truthfully and voluntarily.

SWORN on 06th March 2012
at Road Town, Tortola, BVI
Before me:

...................................................                          ...................................................
A Commissioner for Oaths                                       GREG NICOLAS DeANGELO LEACOCK
Road Town, Tortola, BVI