## SUPPLEMENTAL RETURN OF SERVICE

STATE OF CONNECTICUT:
: EAST HARTFORD, CT          March 1, 2012
COUNTY OF HARTFORD :

UNITED STATES DISTRICT COURT

3;12-CV-00180-SRU

John J. Carey

vs.

Morris Beracha, et al

At said East Hartford, I deposited in a U.S. Post Office, a letter certified, postage prepaid, return receipt requested, in which letter contained a true and attested copy of the original civil process in this action, and on the above date the letter/receipt was returned to me.

ATTEST:

_____
Christine L. Foran
PROCESS SERVER

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br><br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Moris Beracha<br>845 United Nations Plaza<br>Unit 80B<br>New York, NY 10017 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br><br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label)  7001 0320 0004 3268 5003 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •


Attn: Chris

Connecticut Process Serving, LLC
67 Burnside Avenue
East Hartford CT 06108