IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC; MICHAEL KENWOOD GROUP, LLC; MK MASTER INVESTMENTS LP; MK INVESTMENTS, LTD.; MK OIL VENTURES LLC; MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC; MICHAEL KENWOOD ASSET MANAGEMENT, LLC; MK ENERGY AND INFRASTRUCTURE, LLC; MKEI SOLAR, LP; MK AUTOMOTIVE, LLC; MK TECHNOLOGY, LLC; MICHAEL KENWOOD CONSULTING, LLC; MK INTERNATIONAL ADVISORY SERVICES, LLC; MKG-ATLANTIC INVESTMENT, LLC; MICHAEL KENWOOD NUCLEAR ENERGY, LLC; MYTCART, LLC; TUOL, LLC; MK CAPITAL MERGER SUB, LLC; MK SPECIAL OPPORTUNITY FUND; MK VENEZUELA, LTD.; SHORT TERM LIQUIDITY FUND I, LTD., | Case No. 12-CV-180 (SRU) |
| Plaintiff, | |
| v. | |
| MORIS BERACHA; 4A STAR CORP.; BRADLEYVILLE LTD.; BRAVE SPIRIT LTD.; DOBSON MANAGEMENT CORP.; EAST COAST CONSULTANT CORP.; FRACTAL FUND MANAGEMENT LTD.; FRACTAL FACTORING FUND; FRACTAL L HOLDING LTD.; FRACTAL P. HOLDING LTD.; FRACTAL FACTORING II; HERMITAGE CONSULTANTS INC.; LA SIGNORIA ASSETS CORP.; NETVALUE STRATEGY, S.A.; NORTHWESTERN INTERNATIONAL, LTD.; ROWBERROW TRADING CORP.; and SUNNY SERVICES CORP., | |
| Defendants. | |

## APPEARANCE OF COUNSEL

The undersigned counsel, Stephen J. Riccardulli, of the law firm of McDermott Will & Emery LLP, hereby gives notice of his appearance in this case on behalf of Defendant Sunny Services Corp., and requests service of all notices, pleadings and other papers filed in this case as required by the applicable rules of procedure or by order of the Court.

I certify that I am admitted to practice in this Court.

Dated: April 20, 2012

                                                Respectfully submitted,

                                                /s/ Stephen J. Riccardulli

                                                Stephen J. Riccardulli (CT28192)
                                                McDERMOTT WILL & EMERY LLP
                                                340 Madison Avenue
                                                New York, New York 10173
                                                Telephone: 212.547.5579
                                                Facsimile: 212.547.5444

                                                *Attorney for Defendant Sunny Services Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2012, a copy of the foregoing appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                      /s/ Stephen J. Riccardulli
                                                      Stephen J. Riccardulli (CT28192)