## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC; MICHAEL KENWOOD GROUP, LLC; MK MASTER INVESTMENTS LP; MK INVESTMENTS, LTD.; MK OIL VENTURES LLC; MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC; MICHAEL KENWOOD ASSET MANAGEMENT, LLC; MK ENERGY AND INFRASTRUCTURE, LLC; MKEI SOLAR, LP; MK AUTOMOTIVE, LLC; MK TECHNOLOGY, LLC; MICHAEL KENWOOD CONSULTING, LLC; MK INTERNATIONAL ADVISORY SERVICES, LLC; MKG-ATLANTIC INVESTMENT, LLC; MICHAEL KENWOOD NUCLEAR ENERGY, LLC; MYTCART, LLC; TUOL, LLC; MK CAPITAL MERGER SUB, LLC; MK SPECIAL OPPORTUNITY FUND, MK VENEZUELA, LTD.; SHORT TERM LIQUIDITY FUND I, LTD., | : : : : : : : : : : : : : : : : : : : : : | Civil Action No.: 3:12cv00180 (SRU) |
| Plaintiff, | : : | |
| v. | : : | April 27, 2012 |
| MORIS BERACHA; 4A STAR CORP.; BRADLEYVILLE LTD.; BRAVE SPIRIT LTD.; DOBSON MANAGEMENT CORP.; EAST COAST CONSULTANT CORP.; FRACTAL FUND MANAGEMENT LTD.; FRACTAL FACTORING FUND; FRACTAL L HOLDING LTD.; FRACTAL P. HOLDING LTD.; FRACTAL FACTORING II; HERMITAGE CONSULTANTS INC.; LA SIGNORIA ASSETS CORP.; NETVALUE STRATEGY, S.A.; NORTHWESTERN INTERNATIONAL, LTD.; ROWBERROW TRADING CORP.; and SUNNY SERVICES CORP., | : : : : : : : : : : : : : : : | |
| Defendants. | : | |

# NOTICE OF APPEARANCE AND
# DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that the undersigned hereby enters his appearance on behalf of Bradleyville, LTD (the "**Appearing Party**") pursuant to 11 U.S.C. Section 1109(b), Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court:

>Jeffrey R. Hellman (ct04102)
>Zeisler & Zeisler, P.C.
>558 Clinton Avenue
>Bridgeport, CT  06605
>Tel. (203) 368-4234
>Fax. (203) 549-0924
>Email:  JHellman@zeislaw.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, disclosure statements and plans, orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile or otherwise filed or made with regard to the referenced case and proceedings herein which affect or seek to affect, in any way, any rights or interest of the Appearing Party.

Dated: April 27, 2012

>BRADLEYVILLE, LTD.
>
>By:    */s/Jeffrey R. Hellman*
>    Jeffrey R. Hellman (ct04102)
>    Zeisler & Zeisler, P.C.
>    558 Clinton Avenue
>    Bridgeport, CT  06605
>    Tel. (203) 368-4234
>    Fax. (203_549-0924
>    Email:  JHellman@zeislaw.com