UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC; MICHAEL KENWOOD GROUP, LLC; MK MASTER INVESTMENTS LP; MK INVESTMENTS, LTD.; MK OIL VENTURES LLC; MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC; MICHAEL KENWOOD ASSET MANAGEMENT, LLC; MK ENERGY AND INFRASTRUCTURE, LLC; MKEI SOLAR, LP; MK AUTOMOTIVE, LLC; MK TECHNOLOGY, LLC; MICHAEL KENWOOD CONSULTING, LLC; MK INTERNATIONAL ADVISORY SERVICES, LLC; MKG-ATLANTIC INVESTMENT, LLC; MICHAEL KENWOOD NUCLEAR ENERGY, LLC; MYTCART, LLC; TUOL, LLC; MK CAPITAL MERGER SUB, LLC; MK SPECIAL OPPORTUNITY FUND, MK VENEZUELA, LTD.; SHORT TERM LIQUIDITY FUND I, LTD., | : | Civil Action No.: 3:12cv00180 (SRU) |
| Plaintiff, | : | |
| v. | : | April 27, 2012 |
| MORIS BERACHA; 4A STAR CORP.; BRADLEYVILLE LTD.; BRAVE SPIRIT LTD.; DOBSON MANAGEMENT CORP.; EAST COAST CONSULTANT CORP.; FRACTAL FUND MANAGEMENT LTD.; FRACTAL FACTORING FUND; FRACTAL L HOLDING LTD.; FRACTAL P. HOLDING LTD.; FRACTAL FACTORING II; HERMITAGE CONSULTANTS INC.; LA SIGNORIA ASSETS CORP.; NETVALUE STRATEGY, S.A.; NORTHWESTERN INTERNATIONAL, LTD.; ROWBERROW TRADING CORP.; and SUNNY SERVICES CORP., | : | |
| Defendants. | : | |

## APPEARANCE

Please enter my appearance as attorney for the defendants, Moris Beracha, Fractal Fund Management Ltd., Fractal L Holding Ltd., Fractal P. Holding Ltd., Northwestern International, Ltd., and Rowberrow Trading Corp., in the above action.

Dated at Hartford, Connecticut this 27th day of April 2012.

        THE DEFENDANTS,
        MORIS BERACHA, FRACTAL FUND
        MANAGEMENT LTD., FRACTAL L
        HOLDING LTD., FRACTAL P HOLDING
        LTD., NORTHWESTERN
        INTERNATIONAL, LTD., and
        ROWBERROW TRADING CORP.

By:   /s/ Sara J. Goldfarb
     Ross H. Garber (ct17689)
     Sara J. Goldfarb (ct28370)
     Shipman & Goodwin LLP
     One Constitution Plaza
     Hartford, CT  06103
     Tel. (860) 251-5000
     Fax. (860) 251-5099
     Email:  rgarber@goodwin.com
     Email:  sgoldfarb@goodwin.com
     Their Attorneys

OF COUNSEL:
Michael Socarras
Abbe David Lowell
LeeAnn O'Neill
Chadbourne & Parke LLP
1200 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Tel. (202) 974-5600
Fax. (202) 974-5602
Email:  msocarras@chadbourne.com
Email:  adlowell@chadbourne.com
Email:  loneill@chadbourne.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2012, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Sara J. Goldfarb
Sara J. Goldfarb (ct28370)