UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC; MICHAEL KENWOOD GROUP, LLC; MK MASTER INVESTMENTS LP; MK INVESTMENTS, LTD.; MK OIL VENTURES LLC; MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC; MICHAEL KENWOOD ASSET MANAGEMENT, LLC; MK ENERGY AND INFRASTRUCTURE, LLC; MKEI SOLAR, LP; MK AUTOMOTIVE, LLC; MK TECHNOLOGY, LLC; MICHAEL KENWOOD CONSULTING, LLC; MK INTERNATIONAL ADVISORY SERVICES, LLC; MKG-ATLANTIC INVESTMENT, LLC; MICHAEL KENWOOD NUCLEAR ENERGY, LLC; MYTCART, LLC; TUOL, LLC; MK CAPITAL MERGER SUB, LLC; MK SPECIAL OPPORTUNITY FUND, MK VENEZUELA, LTD.; SHORT TERM LIQUIDITY FUND I, LTD., | Civil Action No.: 3:12cv00180 (SRU) |
| Plaintiff, | |
| v. | April 27, 2012 |
| MORIS BERACHA; 4A STAR CORP.; BRADLEYVILLE LTD.; BRAVE SPIRIT LTD.; DOBSON MANAGEMENT CORP.; EAST COAST CONSULTANT CORP.; FRACTAL FUND MANAGEMENT LTD.; FRACTAL FACTORING FUND; FRACTAL L HOLDING LTD.; FRACTAL P. HOLDING LTD.; FRACTAL FACTORING II; HERMITAGE CONSULTANTS INC.; LA SIGNORIA ASSETS CORP.; NETVALUE STRATEGY, S.A.; NORTHWESTERN INTERNATIONAL, LTD.; ROWBERROW TRADING CORP.; and SUNNY SERVICES CORP., | |
| Defendants. | |

## MOTION, ON CONSENT, FOR EXTENSION
## OF TIME AND APPROVAL OF BRIEFING SCHEDULE

Defendants Moris Beracha; Bradleyville, Ltd.; Fractal Fund Management Ltd.; Fractal L Holding Ltd.; Fractal P. Holding Ltd.; Northwestern International, Ltd.; and Rowberrow Trading Corp. (collectively, the "Moving Defendants"), without consenting to jurisdiction and solely for the purpose of setting a schedule to make their objections to the Court's jurisdiction, hereby respectfully move, on consent, for an initial extension of time, to and including May 24, 2012, and for approval of a specific, consensual briefing schedule, all in connection with the specific motions, and for the reasons, described at length below.

In support whereof, the undersigned counsel for the Moving Defendants respectfully represents:

1. This action was commenced by the filing of the complaint on or about February 3, 2012. The action involves some seventeen (17) defendants, all of whom are believed to be located outside Connecticut and most or all of whom are believed to be located outside the United States.

2. From on or about February 28, 2012 through on or about March 8, 2012, plaintiff filed herein returns reflecting service of process on each of the Moving Defendants. The Court docket sheet reflects answer dates for the Moving Defendants, running from March 14, 2012 through April 29, 2012.

3. The Moving Defendants intend to file motions herein, pursuant to Fed. R. Civ. P. 12(b) and/or otherwise, based on insufficient process, insufficient service of process, lack

of personal jurisdiction, and/or improper venue under Federal Rules of Civil Procedure 12(b)(2) - (b)(5) (collectively, the "Jurisdictional Motions").

4. It is intended that, in addition to Shipman & Goodwin LLP, Moris Beracha, Fractal Fund Management Ltd., Fractal L Holding Ltd., Fractal P. Holding Ltd., Northwestern International, Ltd., and Rowberrow Trading Corp. shall be represented by attorneys of the firm of Chadbourne & Parke LLP, of Washington, D.C. ("Chadbourne"). Bradleyville shall be represented by attorneys of the firm of Katten Muchin Rosenman LLP, of New York, N.Y. ("Katten") and attorneys of the firm of Zeisler & Zeisler, P.C. It is intended that appropriate motions for the pro hac vice admission of Chadbourne and Katten attorneys shall be made with reasonable promptness.

5. Attorneys of the Chadbourne and Katten firms have consulted with plaintiff's counsel of record herein, namely attorneys of Baker & Hostetler LLP, of New York. Said attorneys for those parties have agreed, subject to the approval of this Honorable Court, that it will be prudent and reasonable for the Jurisdictional Motions to be adjudicated before any other issues are reached. Accordingly, said attorneys have reached bilateral agreement on a proposed briefing schedule for the Jurisdictional Motions, and judicial approval for that schedule is, by this motion, respectfully requested.

6. That proposed briefing schedule is as follows:

(a) The Jurisdictional Motions for the Moving Defendants shall be filed, including but not limited to supporting memoranda, on or before May 24, 2012.

(b)     Plaintiff's opposition to said motions, including but not limited to opposing memoranda, shall be filed on or before June 28, 2012.

(c)     Reply papers in further support of said motions shall be filed on or before July 19, 2012.

7.     The above-referenced attorneys for the foregoing parties have further agreed -- and judicial approval for such agreement is hereby respectfully requested -- that the page limit for the Moving Defendants' Memorandum of Law in support of the Jurisdictional Motions be fifty (50) pages, and that the page limit for any brief filed by the plaintiff in opposition to the Jurisdictional Motions also be fifty (50) pages.

8.     The above-referenced attorneys for the foregoing parties have further agreed -- and judicial approval for such agreement is again hereby respectfully requested -- that no pleading or other responses or motions (including any Fed. R. Civ. P. 12(b)(6) motion), other than the Jurisdictional Motions, shall be due from or by the Moving Defendants, until 30 days after final resolution of the Jurisdictional Motions.

9.     The above-referenced attorneys for the foregoing parties have also agreed that the procedural and scheduling arrangements set forth herein shall be without prejudice to, and subject to a complete reservation of, all rights of the Moving Defendants relating to challenges to the jurisdiction of this Honorable Court.  The Moving Defendants hereby expressly state and reserve the position, for all purposes including any proceedings in foreign courts, that the judgment sought by the plaintiff in this action would not be given effect outside the United States, <u>particularly for lack of internationally recognized territorial jurisdiction</u>.  The plaintiff disagrees with the Moving

Defendants' position that a judgment in this Honorable Court would not be enforceable in a foreign court, and plaintiff's position in that respect is similarly reserved.

10.  The above-referenced attorneys for the foregoing parties have further agreed -- and judicial approval for such agreement is again hereby respectfully requested -- that any Fed. R. Civ. P. 26(f) conference be set for a date following final resolution of the Jurisdictional Motions.

11.  By virtue of the foregoing, it is respectfully urged that, in accordance with Rule 7(b)(2) of the Local Rules of this Honorable Court, good cause for the granting of this motion exists.  Specifically, and without limitation, in light of the multiplicity of parties, the complexity of the jurisdictional issues, and the fact that the pertinent analyses with respect to jurisdiction, service, and/or venue shall be distinct for each of the Moving Defendants, it is respectfully urged that the existing time limitation in question cannot reasonably be met despite the diligence of the parties seeking the extension; and that both the requested extension and its concomitant proposed briefing schedule are appropriate and warranted.

12.  As explained above, attorneys on behalf of the Moving Defendants have consulted with plaintiff's counsel of record, and said attorneys have agreed upon and consented to the relief requested herein.

13.  No prior motions or requests for the extension of time, and/or for the proposed briefing schedule, requested herein have been made.

14. Counsel for the Moving Defendants -- as well as plaintiff's counsel -- will of course be available for a status conference regarding the matters addressed herein, as the Court may direct.

**WHEREFORE**, the Moving Defendants respectfully ask, on consent, that the extension of time and the proposed briefing scheduled requested herein be fully granted; together with such other and further relief as the Court deems proper.

Respectfully Submitted,

        MORIS BERACHA
        FRACTAL FUND MANAGEMENT, LTD.
        FRACTAL L HOLDING, LTD.
        FRACTAL P HOLDING, LTD.
        NORTHWESTERN INTERNATIONAL, LTD.
        ROWBERROW TRADING CORP.

        By: */s/ Ross H. Garber* (ct17689)
           Ross H. Garber (ct17689)
           Sara J. Goldfarb (ct28370)
           Shipman & Goodwin LLP
           One Constitution Plaza
           Hartford, CT  06103
           Tel. (860) 251-5901
           Tel. (860) 251-5626
           Fax. (860) 251-5099
           Email:  rgarber@goodwin.com
           Email:  sgoldfarb@goodwin.com

OF COUNSEL:
Michael Socarras
Abbe David Lowell
LeeAnn O'Neill
Chadbourne & Parke LLP
1200 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Tel. (202) 974-5600
Fax. (202) 974-5602
Email:  msocarras@chadbourne.com
Email:  adlowell@chadbourne.com
Email:  loneill@chadbourne.com

                BRADLEYVILLE, LTD.


                By:     /s/ Jeffrey Hellman (ct04102)
                   Jeffrey Hellman (ct04102)
                   Zeisler & Zeisler, P.C.
                   558 Clinton Avenue
                   Bridgeport, CT  06605
                   Tel. (203) 368-4234
                   Fax. (203_549-0924
                   Email:  JHellman@zeislaw.com

OF COUNSEL:
Howard E. Cotton
Michael S. Gordon
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York  10022
Tel. (212) 940-8855
Fax. (212) 894-5855
Email:  howard.cotton@kattenlaw.com
Email:  michael.gordon@kattenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2012 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Ross H. Garber* (ct 17689)
Ross H. Garber