UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC, ET AL.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MORIS BERACHA, ET AL.<br><br>　　　　Defendants. | Case No.: 3:12cv00180 (SRU) |

## NOTICE OF APPEARANCE

　　　　Please enter the appearance of Jeffrey Hellman, Esq., of Zeisler & Zeisler, P.C., as attorney for the Defendant Bradleyville Ltd. In the above captioned matter.

　　　　　　　　　　　　　　　　DEFENDANT,
　　　　　　　　　　　　　　　　BRADLEYVILLE LTD.


　　　　　　　　　　　　　　　　　　/s/ Jeffrey Hellman
　　　　　　　　　　　　　　　Jeffrey Hellman, ct04102
　　　　　　　　　　　　　　　Zeisler & Zeisler, P.C.
　　　　　　　　　　　　　　　558 Clinton Avenue
　　　　　　　　　　　　　　　Bridgeport, CT 06605
　　　　　　　　　　　　　　　(203) 368-4234
　　　　　　　　　　　　　　　jhellman@zeislaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appearance was sent via the Court's CM/ECF electronic system to all appearing parties on this 2nd day of May, 2012.


    /s/ Jeffrey Hellman
Jeffrey Hellman