# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC; MICHAEL KENWOOD GROUP, LLC; MK MASTER INVESTMENTS LP; MK INVESTMENTS, LTD.; MK OIL VENTURES LLC; MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC; MICHAEL KENWOOD ASSET MANAGEMENT, LLC; MK ENERGY AND INFRASTRUCTURE, LLC; MKEI SOLAR, LP; MK AUTOMOTIVE, LLC; MK TECHNOLOGY, LLC; MICHAEL KENWOOD CONSULTING, LLC; MK INTERNATIONAL ADVISORY SERVICES, LLC; MKG-ATLANTIC INVESTMENT, LLC; MICHAEL KENWOOD NUCLEAR ENERGY, LLC; MYTCART, LLC; TUOL, LLC; MK CAPITAL MERGER SUB, LLC; MK SPECIAL OPPORTUNITY FUND, MK VENEZUELA, LTD.; SHORT TERM LIQUIDITY FUND I, LTD., | : : : : : : : : : : : : : : : : : : : : : : : : : : : | Civil Action No.: 3:12cv00180 (SRU)<br><br>**CERTIFICATES OF GOOD STANDING FOR MICHAEL SOCARRAS AND LEEANN O'NEILL** |
| Plaintiff, | : : | |
| v. | : : | May 4, 2012 |
| MORIS BERACHA; 4A STAR CORP.; BRADLEYVILLE LTD.; BRAVE SPIRIT LTD.; DOBSON MANAGEMENT CORP.; EAST COAST CONSULTANT CORP.; FRACTAL FUND MANAGEMENT LTD.; FRACTAL FACTORING FUND; FRACTAL L HOLDING LTD.; FRACTAL P. HOLDING LTD.; FRACTAL FACTORING II; HERMITAGE CONSULTANTS INC.; LA SIGNORIA ASSETS CORP.; NETVALUE STRATEGY, S.A.; NORTHWESTERN INTERNATIONAL, LTD.; ROWBERROW TRADING CORP.; and SUNNY SERVICES CORP., | : : : : : : : : : : : : : : : : : | |
| Defendants. | : | |



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of

Appeals, do hereby certify that

MICHAEL   P.   SOCARRAS

was on the ___19^{TH}___ day of _____ APRIL, 1989 _____

duly qualified and admitted as an attorney and counselor entitled to

practice before this Court and is, on the date indicated below, an

active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my
name and affixed the seal of
this Court at the City of
Washington, D.C., on March
28, 2012.


JULIO A. CASTILLO
Clerk of the Court


By: _____
Deputy Clerk



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C.  20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of

Appeals, do hereby certify that

_____ LEEANN O'NEILL _____

was on the ___7^TH___ day of _____ NOVEMBER, 2008 _____

duly qualified and admitted as an attorney and counselor entitled to

practice before this Court and is, on the date indicated below, an

active member in good standing of this Bar.

> In Testimony Whereof, I have
> hereunto subscribed my
> name and affixed the seal of
> this Court at the City of
> Washington, D.C., on April
> 18, 2012.
>
>
> JULIO A. CASTILLO
> Clerk of the Court
>
>
> By: _____
> Deputy Clerk

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 4, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

<u>*/s/ Sara J. Goldfarb* (ct 28370)     </u>
Sara J. Goldfarb