UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------ x
JOHN J. CARNEY, IN HIS CAPACITY AS COURT-      :
APPOINTED RECEIVER, FOR HIGHVIEW POINT          :
PARTNERS, LLC, *et al.*,                                              :   Case No. 12-CV-180 (SRU)
              Plaintiff,                                                         :
                                                                                        :
     v.                                                                        :
                                                                                        :
MORIS BERACHA, *et al.*,                                             :
                                                                                        :
              Defendants.                                                      :
------------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Monday, May 21, 2012, I served the Certificate of Good Standing for Jennifer R. Taylor upon all those having appeared in this matter, and in accordance with the rules of this Court.

Dated: New York, New York
       May 23, 2012

                                                             Amelia J. Crowley