UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------ x
JOHN J. CARNEY, IN HIS CAPACITY AS COURT- :
APPOINTED RECEIVER, FOR HIGHVIEW POINT :
PARTNERS, LLC, *et al.*, : Case No. 12-CV-180 (SRU)
           Plaintiff, :
           v. :
MORIS BERACHA, *et al.*, :
           Defendants. :
------------------------------------------------------------------ x

## **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Monday, May 21, 2012, I served the Certificate of Good Standing for Mark W. Pearlstein upon all those having appeared in this matter, and in accordance with the rules of this Court.

Dated: New York, New York
      May 23, 2012

                                                    Amelia J. Crowley