UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY,<br><br>                Plaintiff,<br><br>v.<br><br>MORIS BERACHA; 4A STAR CORP.; BRADLEYVILLE LTD.; BRAVE SPIRIT LTD.; DOBSON MANAGEMENT CORP.; EAST COAST CONSULTANT CORP.; FRACTAL FUND MANAGEMENT LTD.; FRACTAL FACTORING FUND; FRACTAL L HOLDING LTD.; FRACTAL P. HOLDING LTD.; FRACTAL FACTORING II; HERMITAGE CONSULTANTS INC.; LA SIGNORIA ASSETS CORP.; NETVALUE STRATEGY, S.A.; NORTHWESTERN INTERNATIONAL, LTD.; ROWBERROW TRADING CORP.; and SUNNY SERVICES CORP.,<br><br>                Defendants. | Case No. 12-CV-00180-SRU |

## NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for defendant, Bradleyville Ltd., for the limited purpose stated on its behalf in the Motion on Consent for Extension of Time and Approval of Briefing Schedule.  (Doc. No. 48.)

Dated: May 24, 2012

                                        Respectfully submitted,

                                        /s/  Michael S. Gordon

                                        Michael S. Gordon (phv05403)
                                        KATTEN MUCHIN ROSENMAN LLP
                                        575 Madison Avenue
                                        New York, New York 10022
                                        Tel:  212.940.8800
                                        Fax:  212.940.8876
                                        michael.gordon@kattenlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2012, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Michael S. Gordon
Michael S. Gordon (phv05403)

84602167