## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY,<br><br>               Plaintiff,<br><br>        v.<br><br>MORIS BERACHA; 4A STAR CORP.;<br>BRADLEYVILLE LTD.; BRAVE SPIRIT LTD.;<br>DOBSON MANAGEMENT CORP.; EAST<br>COAST CONSULTANT CORP.; FRACTAL<br>FUND MANAGEMENT LTD.; FRACTAL<br>FACTORING FUND; FRACTAL L HOLDING<br>LTD.; FRACTAL P. HOLDING LTD.;<br>FRACTAL FACTORING II; HERMITAGE<br>CONSULTANTS INC.; LA SIGNORIA<br>ASSETS CORP.; NETVALUE STRATEGY,<br>S.A.; NORTHWESTERN INTERNATIONAL,<br>LTD.; ROWBERROW TRADING CORP.; and<br>SUNNY SERVICES CORP.,<br><br>               Defendants. | Case No. 12-CV-00180-SRU |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant, Bradleyville Ltd. ("Bradleyville"), states that it is not a publicly held corporation and no other publicly held company owns 10% or more of Bradleyville.

Dated:  May 24, 2012

Respectfully submitted,

/s/  Howard E. Cotton

ZEISLER & ZEISLER, P.C.                KATTEN MUCHIN ROSENMAN LLP
558 Clinton Ave                        575 Madison Avenue
Bridgeport, CT 06605                   New York, New York 10022
Tel:  203.368.4234                     Tel:   212.940.8800
Fax:  203.367.9678                     Fax:   212.940.8876
Jeffrey Hellman (ct04102)              Howard E. Cotton (phv05402)
jhellman@zeislaw.com                   Michael S. Gordon (phv05403)
                                       howard.cotton@kattenlaw.com
                                       michael.gordon@kattenlaw.com

*Attorneys for Defendant, Bradleyville Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on May 24, 2012, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/ Michael S. Gordon
          Michael S. Gordon (phv05403)