## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY,<br><br>                    Plaintiff,<br><br>          v.<br><br>MORIS BERACHA; 4A STAR CORP.;<br>BRADLEYVILLE LTD.; BRAVE SPIRIT LTD.;<br>DOBSON MANAGEMENT CORP.; EAST<br>COAST CONSULTANT CORP.; FRACTAL<br>FUND MANAGEMENT LTD.; FRACTAL<br>FACTORING FUND; FRACTAL L HOLDING<br>LTD.; FRACTAL P. HOLDING LTD.;<br>FRACTAL FACTORING II; HERMITAGE<br>CONSULTANTS INC.; LA SIGNORIA ASSETS<br>CORP.; NETVALUE STRATEGY, S.A.;<br>NORTHWESTERN INTERNATIONAL, LTD.;<br>ROWBERROW TRADING CORP.; and SUNNY<br>SERVICES CORP.,<br><br>                    Defendants. | Case No. 12-CV-00180-SRU<br><br><br><br><br><br><br><br><br><br><br><br>May 24, 2012 |

## DEFENDANT, BRADLEYVILLE LTD.'S
## MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF
## PROCESS, LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE

ZEISLER & ZEISLER, P.C.
558 Clinton Ave
Bridgeport, CT 06605
Tel:  203.368.4234
Fax:  203.367.9678
Jeffrey Hellman (ct04102)
jhellman@zeislaw.com

KATTEN MUCHIN ROSENMAN, LLP
575 Madison Avenue
New York, New York 10022
Tel:  212.940.8800
Fax:  212.940.8876
Howard E. Cotton (phv05402)
Michael S. Gordon (phv05403)
howard.cotton@kattenlaw.com
michael.gordon@kattenlaw.com

*Attorneys for Defendant, Bradleyville Ltd.*

## ORAL ARGUMENT REQUESTED

84602242v1

Defendant, Bradleyville Ltd., making a limited appearance solely to object to jurisdiction as stated by it and the other Moving Defendants[1] in the Motion on Consent for Extension of Time and Approval of Briefing Schedule (Doc. No. 48), hereby moves this Court for an order pursuant to Rules 12(b)(2), (3) and (5) of the Federal Rules of Civil Procedure, to dismiss the complaint filed by John J. Carney (the "Receiver"), in his capacity as Receiver to The Michael Kenwood Group, LLC and certain affiliated entities, dated February 3, 2012, on the grounds of insufficient service of process, lack of personal jurisdiction, and improper venue.. This motion is based upon Bradleyville's Memorandum of Law in Support of its Motion to Dismiss For Insufficient Service of Process, Lack of Personal Jurisdiction and Improper Venue; the Declaration of Luis Otero dated May 23, 2012 and the exhibits attached thereto; the Declaration of Michael S. Gordon dated May 24, 2012 and the exhibits attached thereto; and all of the papers filed and proceedings had in this action.

Bradleyville also joins that portion of the motion to dismiss made by the Other Moving Defendants based on the doctrine of *forum non conveniens*, which points to Venezuela as an adequate forum for this action and to this forum as inadequate. (See Point IV(C) of Memorandum of Law in Support of [Other Moving Defendants'] Motion to Dismiss and For Relief from Antisuit Injunction, Carney v. Beracha, Doc. No. 63 at pp. 42-47.)

Oral argument is requested.

---

[1]   The "Other Moving Defendants" are defendants, Moris Beracha, Fractal Fund Management, Ltd., Fractal L Holding, Ltd., Fractal P Holding, Ltd., Northwestern International, Ltd., and Rowberrow Trading Corp.

Respectfully submitted,

/s/  Howard E. Cotton

| | |
|---|---|
| ZEISLER & ZEISLER, P.C. | KATTEN MUCHIN ROSENMAN LLP |
| 558 Clinton Ave | 575 Madison Avenue |
| Bridgeport, CT 06605 | New York, New York 10022 |
| Tel:  203.368.4234 | Tel:   212.940.8800 |
| Fax:  203.367.9678 | Fax:  212.940.8876 |
| Jeffrey Hellman (ct04102) | Howard E. Cotton (phv05402) |
| jhellman@zeislaw.com | Michael S. Gordon (phv05403) |
| | howard.cotton@kattenlaw.com |
| | michael.gordon@kattenlaw.com |

*Attorneys for Defendant, Bradleyville Ltd.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 24, 2012, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Michael S. Gordon
Michael S. Gordon (phv05403)

1

84602242v1