Exhibit 1

|  | Counterparty | Defendant | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | Highview Point Partners (HPA) | Moris Beracha | 12/8/2006 | $ (666,692) |
| | Highview Point Partners (HPA) | Bradleyville Limited | 12/8/2006 | (900,000) |
| | Highview Point Partners (HPA) | East Coast Consultant | 12/8/2006 | (1,160,000) |
| | Highview Point Partners (Naproad) | Northwestern International Ltd. | 12/12/2006 | (636,780) |
| I. | Highview Point Partners (Naproad) | East Coast Consultant | 3/22/2007 | (7,658,383) |
| | Highview Point Partners (Naproad) | Dobson Management | 3/22/2007 | (1,445,183) |
| | Highview Point Partners (Naproad) | Northwestern International Ltd. | 3/22/2007 | (2,632,534) |
| | Highview Point Partners (Naproad) | Moris Beracha | 3/22/2007 | (1,173,213) |
| | | | Net Transfers: | $ (16,272,785) |
| | | | | |
| | Highview Point Partners (Naproad) | Fractal Fund Management | 8/27/2007 | $ 30,000,000 |
| | Highview Point Partners (Naproad) | Moris Beracha | 8/29/2007 | (712,500) |
| | Highview Point Partners (Naproad) | Gale Winds Financial Ltd | 8/29/2007 | (787,500) |
| | Highview Point Partners (Naproad) | Moris Beracha | 9/6/2007 | (787,500) |
| | Highview Point Partners (Naproad) | Gale Winds Financial Ltd | 9/6/2007 | 787,500 |
| | Highview Point Partners (Naproad) | Fractal Fund Management | 11/1/2007 | 20,000,000 |
| II. | Highview Point Partners (HPA) | Moris Beracha | 11/26/2007 | (2,000,000) |
| | Highview Point Partners (HPA) | Northwestern International Ltd. | 11/26/2007 | (550,000) |
| | Highview Point Partners (Naproad) | Fractal Fund Management | 3/4/2008 | (6,959,141) |
| | Highview Point Partners | Fractal Fund Management | 5/1/2008 | (42,569,808) |
| | Highview Point Partners | Fractal Fund Management | 5/7/2008 | (10,000,000) |
| | Highview Point Partners (Naproad) | Moris Beracha | 8/30/2007 | (450,000) |
| | | | Net Transfers: | $ (14,028,949) |
| | | | | |
| | Highview Point Partners (HPA) | Moris Beracha | 10/26/2007 | $ (1,686,283) |
| III. | Highview Point Partners (HPA) | Hermitage | 11/6/2007 | (7,296,716) |
| | | | Net Transfers: | $ (8,982,999) |
| | | | | |
| | Highview Point Partners (HPA) | Bradleyville Limited | 11/7/2007 | $ (2,094,530) |
| | Highview Point Partners (HPA) | Moris Beracha | 11/8/2007 | (1,508,266) |
| IV. | Highview Point Partners (Naproad) | Moris Beracha | 12/5/2007 | (1,500,000) |
| | SOF | Hermitage | 12/6/2007 | (6,764,126) |
| | | | Net Transfers: | $ (11,866,922) |
| | | | | |
| | Highview Point Partners (Naproad) | La Signoria | 12/5/2007 | $ (6,500,000) |
| V. | Highview Point Partners (Naproad) | Northwestern International Ltd. | 12/5/2007 | (1,202,500) |
| | SOF | Rowberrow Trading | 12/6/2007 | (797,500) |
| | | | Net Transfers: | $ (8,500,000) |
| | | | | |
| | SOF | Brave Spirit | 5/7/2008 | $ (3,660,508) |
| VI. | SOF | NetValue Strategy, SA | 5/7/2008 | (981,591) |
| | SOF | Moris Beracha | 5/13/2008 | (4,709,664) |
| | | | Net Transfers: | $ (9,351,763) |
| | | | | |
| VII. | MK Consulting | NetValue Strategy, SA | 7/1/2008 | $ (326,742) |
| | | | Net Transfers: | $ (326,742) |
| | | | | |
| | Highview Point Master Fund | Fractal Fund Management | 10/1/2008 | $ 10,000,000 |
| VIII. | MK Consulting | Fractal Fund Management | 10/21/2008 | (10,400,625) |
| | | | Net Transfers: | $ (400,625) |
| | | | | |
| IX. | SOF | Bradleyville Limited | 2/27/2009 | $ (1,521,563) |
| | | | Net Transfers: | $ (1,521,563) |
| | | | | |
| | SOF | Rowberrow Trading | 11/21/2008 | $ 27,615,293 |
| | Highview Point Partners | Rowberrow Trading | 11/21/2008 | 2,384,707 |
| X. | SOF | Rowberrow Trading | 11/25/2008 | (45,000,000) |
| | MKV | Rowberrow Trading | 5/26/2009 | (1,589,021) |
| | | | Net Transfers: | $ (16,589,021) |
| | | | | |
| | SOF | Fractal Fund Management | 12/23/2008 | $ (15,000,000) |
| XI. | SOF | Fractal Fund Management | 7/17/2009 | 314,935 |
| | | | Net Transfers: | $ (14,685,065) |

Exhibit 1

|  | Counterparty | Defendant | Date | Amount |
|---|---|---|---|---|
| XII. | SOF | Rowberrow Trading | 1/5/2009 | $ (532,731) |
|  | SOF | Bradleyville Limited | 1/8/2009 | (533,634) |
|  | SOF | Northwestern International Ltd. | 1/8/2009 | (533,635) |
|  |  |  | Net Transfers: | $ (1,600,000) |
|  |  |  |  |  |
| XIII. | Highview Point Master Fund | Rowberrow Trading | 1/6/2009 | $ 20,000,000 |
|  | Highview Point Master Fund | 4 A Star Corp | 1/8/2009 | 5,000,000 |
|  | MKV | Rowberrow Trading | 7/1/2009 | (25,989,536) |
|  | MK Consulting | 4 A Star Corp | 7/13/2009 | (7,100,000) |
|  |  |  | Net Transfers: | $ (8,089,536) |
|  |  |  |  |  |
| XIV. | Highview Point Master Fund | Northwestern International Ltd. | 2/6/2009 | $ 9,819,136 |
|  | MKV | 4 A Star Corp | 8/13/2009 | (14,200,000) |
|  |  |  | Net Transfers: | $ (4,380,864) |
|  |  |  |  |  |
| XV. | MKV | Fractal Fund Management | 4/22/2009 | $ 25,000,000 |
|  | MKV | La Signoria | 5/5/2009 | (2,422,799) |
|  | MKV | Rowberrow Trading | 5/5/2009 | (11,126,478) |
|  | MKV | Fractal Fund Management | 11/18/2009 | (1,875,030) |
|  | MKV | Rowberrow Trading | 12/4/2009 | (313,061) |
|  | MK Capital | Rowberrow Trading | 1/29/2010 | (827,314) |
|  | MKV | Fractal Fund Management | 3/22/2010 | 15,000,000 |
|  | MKV | Fractal Fund Management | 4/28/2010 | (1,718,780) |
|  | SOF | Fractal Fund Management | 4/30/2010 | (20,000,000) |
|  | SOF | Fractal Fund Management | 4/30/2010 | 20,000,000 |
|  | SOF | Fractal Fund Management | 4/30/2010 | (20,000,030) |
|  | MKV | Rowberrow Trading | 5/4/2010 | (4,365,366) |
|  | MKV | Rowberrow Trading | 5/18/2010 | (3,000,030) |
|  | STLF | Fractal Fund Management | 7/9/2010 | (15,431,250) |
|  | MKV | Fractal Fund Management | 7/9/2010 | (5,156,280) |
|  |  |  | Net Transfers: | $ (26,236,418) |
|  |  |  |  |  |
| XVI. | MK Consulting | Rowberrow Trading | 9/4/2009 | $ 20,000,000 |
|  | SOF/Highview Point Master Fund | Rowberrow Trading | 1/8/2010 | (24,000,000) |
|  |  |  | Net Transfers: | $ (4,000,000) |
|  |  |  |  |  |
| XVII. | MK Consulting | Brave Spirit | 9/15/2009 | $ (800,000) |
|  | MK Consulting | Brave Spirit | 9/15/2009 | 800,000 |
|  | MK Consulting | Brave Spirit | 9/16/2009 | (800,000) |
|  | MK Consulting | Brave Spirit | 9/16/2009 | 800,000 |
|  | MKV | 4 A Star Corp | 9/23/2009 | 23,200,000 |
|  | SOF | 4 A Star Corp | 1/11/2010 | (20,000,000) |
|  | SOF/Highview Point Master Fund | 4 A Star Corp | 1/8/2010 | (10,000,000) |
|  |  |  | Net Transfers: | $ (6,800,000) |
|  |  |  |  |  |
| XVIII. | MKV | 4 A Star Corp | 3/10/2010 | $ 12,825,000 |
|  | MKV | Bradleyville Limited | 3/10/2010 | 8,825,000 |
|  | STLF | Rowberrow Trading | 6/16/2010 | (14,000,000) |
|  | STLF | Rowberrow Trading | 7/7/2010 | (14,000,000) |
|  |  |  | Net Transfers: | $ (6,350,000) |
|  |  |  |  |  |
| XIX. | MKV | Rowberrow Trading | 3/22/2010 | $ 14,100,000 |
|  | STLF | Rowberrow Trading | 7/9/2010 | (17,844,444) |
|  |  |  | Net Transfers: | $ (3,744,444) |
|  |  |  |  |  |
| XX. | STLF | Rowberrow Trading | 7/20/2010 | $ (6,669,049) |
|  |  |  | Net Transfers: | $ (6,669,049) |
|  |  |  |  |  |
|  |  |  | TOTAL: | $ (170,396,745) |