UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC, MICHAEL KENWOOD GROUP, LLC, MK MASTER INVESTMENTS LP, MK INVESTMENTS, LTD., MK OIL VENTURES LLC, MICHAEL KENWOOD CAPITAL MANAGEMENT, LLC; MICHAEL KENWOOD ASSET MANAGEMENT, LLC; MK ENERGY AND INFRASTRUCTURE, LLC; MKEI SOLAR, LP; MK AUTOMOTIVE, LLC; MK TECHNOLOGY, LLC; MICHAEL KENWOOD CONSULTING, LLC; MK INTERNATIONAL ADVISORY SERVICES, LLC; MKG-ATLANTIC INVESTMENT, LLC; MICHAEL KENWOOD NUCLEAR ENERGY, LLC; MYTCART, LLC; TUOL, LLC; MK CAPITAL MERGER SUB, LLC; MK SPECIAL OPPORTUNITY FUND; MK VENEZUELA, LTD.; SHORT TERM LIQUIDITY FUND, I, LTD. | No. 12-CV-00180-SRU |
| Plaintiff, | |
| v. | ORDER ISSUING LETTERS OF REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS ON DEFENDANTS IN PANAMA |
| MORIS BERACHA; 4A STAR CORP.; BRADLEYVILLE LTD.; BRAVE SPIRIT LTD.; DOBSON MANAGEMENT CORP.; EAST COAST CONSULTANT CORP.; FRACTAL FUND MANAGEMENT LTD.; FRACTAL FACTORING FUND; FRACTAL L HOLDING LTD.; FRACTAL P. HOLDING LTD.; FRACTAL FACTORING II; HERMITAGE CONSULTANTS INC.; LA SIGNORIA ASSETS CORP.; NETVALUE STRATEGY, S.A.; NORTHWESTERN INTERNATIONAL, LTD.; ROWBERROW TRADING CORP.; and SUNNY SERVICES CORP., | |
| Defendants. | |

**WHEREAS** this matter has come before this Court motion (the "Motion") of John J. Carney Esq. (the "Receiver"), as Receiver to The Michael Kenwood Group, LLC (the "MK Group") and certain affiliated entities in *SEC v. Illarramendi, Michael Kenwood Capital Mgmt., LLC et al. C.A.*, No. 3:11-cv-00078 (JBA), by and through his undersigned counsel, seeking entry of an order (the "Order") issuing five Letters of Request (as defined in the Motion) to be transmitted, via the appropriate channels, to the appropriate courts in Panama for service on defendants Dobson Management Corp., Hermitage Consultants, Inc., La Signoria Assets Corp., Netvalue Strategy S.A., and 4A Star Corp. (together, the "Panama Defendants");

**WHEREAS** the Court finds that due and sufficient notice of the Motion has been given under the circumstances;

**WHEREAS** the Court finds that, based on the record in these proceedings, the relief sought in the Motion is appropriate based upon the information provided in the Motion and in the Complaint; and

**WHEREAS** this Court has subject matter jurisdiction over this action and personal jurisdiction over the Defendants, and venue properly lies in this district.

After due deliberation and sufficient cause appearing therefore;

1

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is **GRANTED**; and it is further

2. **ORDERED** that the Letters of Request, as attached to the Order, shall be signed by the Court and stamped with the seal of the Court, for transmission, pursuant to the Inter-American Convention on Letters Rogatory and Additional Protocol with Annex, to the appropriate judicial authorities in Panama so that valid service of process may be effectuated upon the Panama Defendants; and it is further

3. **ORDERED** that the Clerk of the Court shall remit originals of the signed and stamped Letters of Request to Counsel for the Receiver, cost of mailing to be assigned to the Receiver, and that Counsel for the Receiver shall then duly and properly transmit the Letters of Request for service abroad.

Dated: July 25, 2012

/s/ Stefan R. Underhill, USDJ
STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE

2