UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN CARNEY, IN HIS CAPACITY AS
COURT-APPOINTED RECEIVER,

          Plaintiff,

       vs.

MORRIS BERACHA; 4A STAR CORP.;
BRADLEYVILLE LTD.; BRAVE SPIRIT LTD.;
DOBSON MANAGEMENT CORP.; EAST
COAST CONSULTANT CORP.; FRACTAL L.
HOLDING LTD.; FRACTAL P HOLDING LTD.;
HERMITAGE C0NSULTANTS INC.;  LA
SIGNORA ASSETS CORP.; NETVALUE
STRATEGY, S.A.; NORTHWESTERN
INTERNATIONAL, LTD.; and  ROWBERROW
TRADING CORP.,

          Defendants.

12-CV-00180-SRU

**Certificate of Service**

I hereby certify that on July 27, 2012, the **Receiver's Memorandum of Law in Opposition to Defendants Morris Beracha, Fractal Fund Management, Ltd. Fracatal L Holdings Ltd., Fractal P Holdings Ltd., Northwestern International, Ltd., Rowberrow Trading Corp., and Bradleyville Ltd.'s Motions to Dismiss and For Relief from Antisuit Injunction; Declaration of Jonathan New; Declaration of Seamus Andrew;  Declaration of Hernando Diaz-Candia; Declaration of Di Cong Jiang** were filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

Dated: July 27, 2012
       New York, New York

BAKER & HOSTETLER LLP

By:  /s/ Jonathan B. New
      Jonathan B. New
      45 Rockefeller Plaza

New York, New York 10011
Tel: (212) 589-4200
Fax: (212) 589-4201
Email: jnew@bakerlaw.com