CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>      **MARCELO MARLOW BLACKBURN**      </u>, Bar # <u>      **MB0709**      </u>

was duly admitted to practice in this Court on

<u>      **FEBRUARY 14th, 2006**      </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>   on   <u>**AUGUST 14th, 2012**</u>

<u>Ruby J. Krajick</u>   by   <u>[signature]</u>
Clerk                      Deputy Clerk