UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER,<br><br>                       Plaintiff,<br><br>v.<br><br>MORIS BERACHA; 4A STAR CORP.; BRADLEYVILLE LTD.; BRAVE SPIRIT LTD.; DOBSON MANAGEMENT CORP.; EAST COAST CONSULTANT CORP.; FRACTAL FUND MANAGEMENT LTD.; FRACTAL L HOLDING LTD.; FRACTAL P. HOLDING LTD.; HERMITAGE CONSULTANTS INC.; LA SIGNORIA ASSETS CORP.; NETVALUE STRATEGY, S.A.; NORTHWESTERN INTERNATIONAL, LTD.; and ROWBERROW TRADING CORP.,<br><br>                       Defendants. | Case No. 12-CV-00180-SRU |

**MOTION FOR AN EXTENSION OF TIME TO FILE REPLY
PAPERS IN FURTHER SUPPORT OF MOTIONS TO DISMISS**

Defendants Moris Beracha; Bradleyville, Ltd.; Fractal Fund Management Ltd.; Fractal L Holding Ltd.; Fractal P. Holding Ltd.; Northwestern International, Ltd.; and Rowberrow Trading Corp. (collectively, the "Moving Defendants")[1], in the above-captioned matter, respectfully move, on consent, for an order extending the time **from August 24, 2012 until September 21, 2012** for them to file their reply papers in further support of their respective Motions to Dismiss

---

[1]   Moving Defendants Moris Beracha, Fractal Fund Management Ltd., Fractal L Holding Ltd., Fractal P. Holding Ltd., Northwestern International, Ltd., and Rowberrow Trading Corp. are represented by Shipman & Goodwin LLP of Hartford, CT and Chadbourne & Parke LLP, of Washington, D.C. and Moving Defendant Bradleyville is represented by The Law Offices of Jeffrey Hellman of New Haven, CT and Katten Muchin Rosenman LLP, of New York, New York.  Plaintiff is represented by Baker & Hostetler LLP of New York, New York.

for Lack of Jurisdiction and for Relief from Antisuit Injunction (the "Moving Defendants' Motions") (Dkt. Nos. 63 and 74.)

Following Plaintiff's filing of an Amended Complaint on June 11, 2012 (Dkt. No. 77), the parties stipulated to a modified briefing schedule, which was approved by the Court in a Scheduling Order (Dkt. No.78) that provided for Plaintiff to file its opposition to the Moving Defendants' Motions on July 27, 2012 and for the Moving Defendants to file their replies on August 24, 2012.

As a result of scheduling issues, the Moving Defendants requested through the undersigned counsel, and Plaintiff's counsel consented, to an extension of time from August 24, 2012 to September 21, 2012 for the Moving Defendants to file their replies. Were the Court to grant this Motion for an Extension of Time, there would still be more than five weeks between the time the Moving Defendants' Motions are fully submitted (September 21, 2012) and the Motion Hearing date, which has been set for October 31, 2012 at 1:00 p.m. (Dkt. No. 92.)

For the reasons set forth herein, the Moving Defendants respectfully request that this Motion, which is made without objection, be GRANTED.

Dated:  August 17, 2012                                    Respectfully submitted,

/s/ Michael S. Gordon

KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
Tel:   212.940.8800
Fax:   212.940.8876
Howard E. Cotton (phv05402)
Michael S. Gordon (phv05403)
howard.cotton@kattenlaw.com
michael.gordon@kattenlaw.com

*Attorneys for Defendant, Bradleyville Ltd.*

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 17, 2012, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                                                   /s/ Michael S. Gordon_____