# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY,<br><br>                         Plaintiff,<br><br>      v.<br><br>MORIS BERACHA; 4A STAR CORP.; BRADLEYVILLE, LTD.; BRAVE SPIRIT, LTD.; DOBSON MANAGEMENT CORP.; EAST COAST CONSULTING CORP.; FRACTAL FUND MANAGEMENT, LTD.; FRACTAL FACTORING FUND; FRACTAL L HOLDING, LTD.; FRACTAL P HOLDING, LTD.; FRACTAL FACTORING II; HERMITAGE CONSULTANTS, INC.; LA SIGNORIA ASSETS CORP.; NETVALUE STRATEGY, S.A.; NORTHWESTERN INTERNATIONAL, LTD.; and ROWBERROW TRADING CORP.,<br><br>                         Defendants. | Case No. 12-CV-00180-SRU |

## NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for defendants Moris Beracha, Fractal Fund Management, Ltd., Fractal L Holding, Ltd., Fractal P Holding, Ltd., Northwestern International, Ltd., and Rowberrow Trading Corp., for the limited purpose stated on their behalf in the Motion on Consent for Extension of Time and Approval of Briefing Schedule (Doc. No. 48).

-2-

Dated:  August 22, 2012						Respectfully submitted,

                                                                      /s/ Marcelo M. Blackburn

Marcelo M. Blackburn (phv05568)
CHADBOURNE & PARKE, LLP
30 Rockefeller Plaza
New York, NY 10112
Tel:   212.408.5100
Fax:  646.710.8050
mblackburn@chadbourne.com

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2012, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Marcelo M. Blackburn
      Marcelo M. Blackburn (phv05568)