EXHIBIT 4

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY,<br><br>            Plaintiff,<br><br>        v.<br><br>MORIS BERACHA; 4A STAR CORP.;<br>BRADLEYVILLE LTD.; BRAVE SPIRIT LTD.;<br>DOBSON MANAGEMENT CORP.; EAST<br>COAST CONSULTANT CORP.; FRACTAL<br>FUND MANAGEMENT LTD.; FRACTAL L<br>HOLDING LTD.; FRACTAL P. HOLDING<br>LTD.; HERMITAGE CONSULTANTS INC.;<br>LA SIGNORIA ASSETS CORP.; NETVALUE<br>STRATEGY, S.A.; NORTHWESTERN<br>INTERNATIONAL, LTD.; and ROWBERROW<br>TRADING CORP.,<br><br>            Defendants. | Case No. 12-CV-00180-SRU |

## REPLY DECLARATION OF LUIS OTERO

**LUIS OTERO**, declares the following to be true pursuant to 28 U.S.C. § 1746:

1.    I am the sole director of defendant, Bradleyville, Ltd. ("Bradleyville"), a limited company incorporated on the Island of Nevis. Bradleyville's registered office is located at Dixcart House, Fort Charles, Charlestown, Nevis, St. Kitts and Nevis.

2.    I am a citizen and resident of Venezuela, domiciled in Caracas, Venezuela. I am not, and never have been, a citizen of the United States.

3.    I respectfully submit this Reply Declaration in further support of Bradleyville's Motion to Dismiss the First Amended Complaint dated June 11, 2012 (the "Amended Complaint" or "Am. Compl."), filed in the above-captioned action by John J. Carney (the

"Receiver"), in his capacity as Receiver to The Michael Kenwood Group, LLC and certain affiliated entities (the "Receivership Entities").

4.      As with my Declaration dated May 23, 2012 ("Otero Decl."), which was filed in support of Bradleyville's Motion to Dismiss on May 24, 2012, this Reply Declaration is submitted for the limited purpose of objecting to personal jurisdiction in accordance with the statement made on my behalf in the Motion on Consent for Extension of Time and Approval of Briefing Schedule.  (Dkt. No. 48.)  I am not making this Reply Declaration in response to the claims made by the Receiver.

**Bradleyville Does Not Conduct Business or Maintain a Registered Agent in the BVI**

5.      The documents annexed to my prior Declaration show that in or about October 2010, Bradleyville transferred its domicile from the British Virgin Islands ("BVI") to the Island of Nevis.  (See Otero Decl., Exs. A, B and C.)

6.      On March 17, 2011, a Certificate of Discontinuance was issued by the BVI's Registrar of Corporate Affairs, a copy of which is annexed hereto as Exhibit D.  The Certificate certified that Bradleyville had been discontinued as a company in the BVI and had complied with all the requirements of the BVI's Business Companies Act for continuing under the laws of a foreign jurisdiction.

7.      Bradleyville does not conduct any business in the BVI and has not done so since transferring its domicile to Nevis in October 2010.  Accordingly, Bradleyville elected _not_ to continue its agency relationship with Commonwealth Trust Ltd. ("Commonwealth"), which had served as its registered agent in the BVI since 1999.  In October 2010, Bradleyville terminated its agency relationship with Commonwealth, and has not paid any agency fees to Commonwealth since that time.

**Bradleyville Does Not Conduct Business in New York, Florida or Connecticut**

8.      As the Amended Complaint alleges, Bradleyville owns an apartment in New York City, which it has owned since 2007.  (Am. Compl. ¶ 27.)  However, Bradleyville has never received, nor does it currently receive, rental income from this apartment, nor has it ever acted as a landlord, or in any other manner conducted business in New York.

9.      The Receiver alleges that, in January 2009, offshore Receivership Entity, Special Opportunity Fund ("SOF"), wired funds to a bank account maintained by Bradleyville at the Miami, Florida branch of Bank Hapoalim.  (Am. Compl. ¶ 144.)  While Bradleyville previously maintained a bank account at Bank Hapoalim's Miami branch, that account was closed in late 2009 and currently, Bradleyville maintains no bank accounts in the United States, either at Bank Hapoalim or elsewhere.

10.      In sum, my company, Bradleyville, does not conduct business, and never has conducted business, in New York, Florida,[1] Connecticut, or elsewhere in the United States.

11.      Further, Bradleyville has never authorized defendant, Moris Beracha, to act as its agent in Connecticut, or elsewhere.  And, as stated in my prior Declaration, Mr. Beracha never has exercised, and currently does not exercise, any control or domination over Bradleyville.  The Amended Complaint's allegation that Bradleyville is an "alter ego" of Moris Beracha is false. (Otero Decl. ¶ 8.)

---

[1]      Further, although nowhere mentioned in his opposition brief, the Receiver has alleged in the Amended Complaint, that Bradleyville was "registered" in Florida  in 2006 under the misspelled name "Bradleyvile." (Am. Compl. ¶ 27.)  The company known as "Bradleyvile" is a company operated by my sister-in-law, Fausta Romasanta, who resides in Florida.  My company, Bradleyville, and Ms. Romasanta's company, Bradleyvile, are unaffiliated, and have never transacted any business with one another.  While I agreed, as a favor to my sister-in-law, to be listed as an officer on her company's registration form filed with the Secretary of State of Florida in 2006, I have never contributed any capital to, nor have I ever participated in the operation and management of, this company.  In 2009, I was no longer listed as an officer of Bradleyvile when my sister-in-law appointed her children as directors of this company.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Madrid, Spain on September 19, 2012.

_____
Luis Otero

# EXHIBIT D

TERRITORY OF THE BRITISH VIRGIN ISLANDS
BVI BUSINESS COMPANIES ACT, 2004

CERTIFICATE OF DISCONTINUANCE
(SECTION 184)

The REGISTRAR OF CORPORATE AFFAIRS, of the British Virgin Islands HEREBY CERTIFIES that, pursuant to the BVI Business Companies Act 2004, all the requirements of the Act in respect of continuation under the laws of a foreign jurisdiction having been complied with,

**BRADLEYVILLE LIMITED**

BVI COMPANY NUMBER 307260

was discontinued in the British Virgin Islands as a BVI business company this 17th day of March, 2011.



for REGISTRAR OF CORPORATE AFFAIRS
17th day of March, 2011

