UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER,<br><br>                Plaintiff,<br><br>      v.<br><br>MORIS BERACHA; 4A STAR CORP.; BRADLEYVILLE LTD.; BRAVE SPIRIT LTD.; DOBSON MANAGEMENT CORP.; EAST COAST CONSULTANT CORP.; FRACTAL FUND MANAGEMENT LTD.; FRACTAL L HOLDING LTD.; FRACTAL P. HOLDING LTD.; HERMITAGE CONSULTANTS INC.; LA SIGNORIA ASSETS CORP.; NETVALUE STRATEGY, S.A.; NORTHWESTERN INTERNATIONAL, LTD.; and ROWBERROW TRADING CORP.,<br><br>                Defendants. | Case No. 12-CV-00180-SRU |

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 21, 2012, (i) Defendant, Bradleyville Ltd.'s Reply Memorandum of Law in Further Support of its Motion to Dismiss for Insufficient Service of Process, Lack of Personal Jurisdiction and Improper Venue, dated September 21, 2012; (ii) Declaration of Richard Gareth Evans dated September 20, 2012; and (iii) Reply Declaration of Luis Otero dated September 19, 2012 were filed electronically and served by mail upon anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Parties may access this filing through the Court's CM/ECF System.

/s/  Howard E. Cotton

KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
Tel:    212.940.8800
Fax:    212.940.8776
Howard E. Cotton (phv05402)
Michael S. Gordon (phv05403)
howard.cotton@kattenlaw.com
michael.gordon@kattenlaw.com