UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER,<br><br>Plaintiff,<br><br>v.<br><br>MORIS BERACHA; 4A STAR CORP.; BRADLEYVILLE LTD.; BRAVE SPIRIT LTD.; DOBSON MANAGEMENT CORP.; EAST COAST CONSULTANT CORP.; FRACTAL FUND MANAGEMENT LTD.; FRACTAL L HOLDING LTD.; FRACTAL P. HOLDING LTD.; HERMITAGE CONSULTANTS INC.; LA SIGNORIA ASSETS CORP.; NETVALUE STRATEGY, S.A.; NORTHWESTERN INTERNATIONAL, LTD.; and ROWBERROW TRADING CORP.,<br><br>Defendants. | Case No. 12-CV-00180-SRU |

**DECLARATION OF ROBERTSON D. BECKERLEGGE IN SUPPORT OF RECEIVER'S MOTION FOR PERMISSION TO FILE A SUR-REPLY TO DEFENDANTS MORIS BERACHA, FRACTAL FUND MANAGEMENT, LTD., FRACTAL L HOLDING, LTD., FRACTAL P HOLDING LTD., NORTHWESTERN INTERNATIONAL, LTD., ROWBERROW TRADING CORP., AND BRADLEYVILLE LTD.'S REPLIES TO THE RECEIVER'S OPPOSITION TO MOTIONS TO DISMISS AND FOR RELIEF FROM ANTI-SUIT INJUNCTION**

I, Robertson D. Beckerlegge, Esq., pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner at the firm of Baker & Hostetler LLP, counsel for John J. Carney, Esq. (the "Receiver"), the Receiver for all assets under the direct or indirect control of Highview Point Partners, LLC; MK Master Investments LP; MK Investments, Ltd.; MK Oil Ventures LLC; The Michael Kenwood Group, LLC; Michael Kenwood Capital Management, LLC; Michael

Kenwood Asset Management, LLC ("MKAM"); MK Energy and Infrastructure, LLC ("MKE&I"); MKEI Solar, LP; MK Automotive, LLC; MK Technology, LLC; Michael Kenwood Consulting, LLC; MK International Advisory Services, LLC; MKG-Atlantic Investment, LLC; Michael Kenwood Nuclear Energy, LLC; MyTcart, LLC; TUOL, LLC; MKCM Merger Sub, LLC; MK Special Opportunity Fund ("SOF"); MK Venezuela, Ltd. ("MKV"); and Short Term Liquidity Fund I, Ltd. ("STLF").

2. I make this declaration in support of the Receiver's Motion for Permission to File a Sur-Reply to Defendants Moris Beracha, Fractal Fund Management Ltd., Fractal L Holding Ltd., Fractal P Holding Ltd., Northwestern International, Ltd., Rowberrow Trading Corp., and Bradleyville Ltd.'s Replies to the Receiver's Opposition to Motions to Dismiss and for Relief from Anti-Suit Injunction. I am a member in good standing of the bar of New York and admitted *pro hac vice* to the United States District Court for the District of Connecticut to act as counsel for the Receiver. I have personal knowledge of the facts referenced herein.

3. Attached hereto as Exhibit 1, is a true and correct copy of Fractal Fund Management, Ltd.'s and Fractal P Holding Ltd.'s Motion to Intervene as of Right, to Reject and Enjoin Performance of Stipulation of Settlement, for an Order to Show Cause Why John J. Carney's Appointment Should Not Be Revoked, and to Dissolve Worldwide Anti-Suit Injunction, in *SEC v. Illarramendi*, 11-cv-00078 (dkts. 556-58), dated August 24, 2012.

4. Attached hereto as Exhibit 2, is a true and correct copy of Rowberrow Trading Corp.'s Motion to Intervene as of Right or Permissively, to Reject and Enjoin Performance of Stipulation of Settlement, for an Order Revoking John J. Carney's Appointment As Receiver, to Oppose Third Motion for Fees and Enjoin Further Obligations, and to Dissolve Worldwide Anti-Suit Injunction" in *SEC v. Illarramendi*, 11-cv-00078 (dkts. 571-72), dated September 4, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 24, 2012

Robertson D. Beckerlegge