UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>MORRIS BERACHA; 4A STAR CORP.; BRADLEYVILLE LTD.; BRAVE SPIRIT LTD.; DOBSON MANAGEMENT CORP.; EAST COAST CONSULTANT CORP.; FRACTAL L. HOLDING LTD.; FRACTAL P HOLDING LTD.; HERMITAGE C0NSULTANTS INC.;  LA SIGNORA ASSETS CORP.; NETVALUE STRATEGY, S.A.; NORTHWESTERN INTERNATIONAL, LTD.; and  ROWBERROW TRADING CORP.,<br><br>　　　　　Defendants. | 12-CV-00180-SRU<br><br><br><br>**Certificate of Service** |

I hereby certify that on September 24, 2012, the **Receiver's Motion for Permission to File a Sur-Reply to Defendants Moris Beracha, Fractal Fund Management, LTD., Fractal L Holding, LTD., Fractal P Holding, LTD., Northwestern International, LTD., Rowberrow Trading Corp., and Bradleyville LTD.'s Replies to the Receiver's Opposition to Motions to Dismiss and For Relief From Anti-Suit Injunction and Declaration of Robertson D. Beckerlegge in Support of Receiver's Motion for Permission to File a Sur-Reply to Defendants Moris Beracha, Fractal Fund Management, LTD., Fractal L Holding, LTD., Fractal P Holding LTD., Northwestern International, LTD., Rowberrow Trading Corp., and Bradleyville LTD.'s Replies to the Receiver's Opposition to Motions to Dismiss and for Relief From Anti-Suit Injunction** were filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

Dated: September 24, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Jonathan B. New