UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY,<br><br>                    Plaintiff,<br><br>-against-<br><br>MORIS BERACHA; 4A STAR CORP.; BRADLEYVILLE, LTD.; BRAVE SPIRIT, LTD.; CONSULTING CORP.; FRACTAL FUND MANAGEMENT, LTD.; FRACTAL FACTORING FUND; FRACTAL L. HOLDING, LTD.; FRACTAL P. HOLDING, LTD; FRACTAL FACTORING II; HERMITAGE CONSULTANTS, INC.; LA SIGNORIA ASSETS CORP.; NETVALUE STRATEGY, S.A.; NORTHWESTERN INTERNATIONAL, LTD.; and ROWBERROW TRADING CORP.,<br><br>                    Defendants. | Case No. 3:12-cv-00180-SRU<br><br><br><br>September 28, 2012 |

**MEMORANDUM OF LAW IN OPPOSITION TO RECEIVER'S MOTION FOR PERMISSION TO FILE A SUR-REPLY TO DEFENDANTS MORIS BERACHA, FRACTAL FUND MANAGEMENT, LTD., FRACTAL L HOLDING, LTD., FRACTAL P HOLDING LTD., NORTHWESTERN INTERNATIONAL, LTD., ROWBERROW TRADING CORP., AND BRADLEYVILLE LTD.'S REPLIES TO THE RECEIVER'S OPPOSITION TO MOTIONS TO DISMISS AND FOR RELIEF FROM ANTI-SUIT INJUNCTION**

| | |
|---|---|
| SHIPMAN & GOODWIN, LLP<br>One Constitution Plaza<br>Hartford, CT 06103<br>Tel:  860.251.5000<br>Fax: 860.251.5099<br>Ross H. Garber (ct17689)<br>Sara J. Goldfarb (ct28370)<br>rgarber@goodwin.com<br>sgoldfarb@goodwin.com | CHADBOURNE & PARKE, LLP<br>1200 New Hampshire Avenue NW<br>Washington, DC 20036<br>Tel:  202.974.5600<br>Fax:  202.974.5602<br>Michael P. Socarras (phv05388)<br>Marcelo M. Blackburn (phv05568)<br>LeeAnn O'Neill (phv05389)<br>msocarras@chadbourne.com<br>mblackburn@chadbourne.com<br>loneill@chadbourne.com |

*Attorneys for Moris Beracha, Fractal Fund Management, Ltd., Fractal L Holding, Ltd., Fractal P Holding, Ltd., Northwestern International, Ltd., and Rowberrow Trading Corp.*

While leave to file a sur-reply is, and generally should be, granted, in this instance the purpose of the sur-reply would be to brief "new developments." As such, if Carney were afforded the opportunity to argue new developments in an effort to bear his burden to make a *prima facie* showing that the Court has personal jurisdiction, then the Movants likewise should have an opportunity, in fairness, to file a sur-reply of equal length that addresses the new developments to be raised by Carney. The Court should deny the Receiver's Motion for Leave to File a Sur-reply (Doc. No. 101) because another round of briefing is not necessary.

The parties have adequately briefed all the issues, including whether Fractal and Rowberrow consented to the Court's personal jurisdiction by filing claims with the receiver John J. Carney. (*See* Movant's Memorandum of Law in Support of Motion to Dismiss and Relief from Antisuit Injunction, Doc. No. 73-1 ("Mov. Br.") 33-34; Receiver's Memorandum of Law in Opposition to Motion to Dismiss and for Relief from Antisuit Injunction, Doc. No. 86 ("Opp.") 9-11; Reply Memorandum in Further Support of Motion to Dismiss and for Relief from Antisuit Injunction, Doc No. 100 ("Reply Br.") 9. Carney has argued that Movants have consented, and Movants have shown that Fractal and Rowberrow have not because they were compelled by the Court's antisuit injunction to forgo any remedy but the filing of claims with the receiver. *Id.*

If Fractal and Rowberrow waived their jurisdictional objections by filing claims, such a result would not be changed by their taking whatever steps they consider necessary to protect their interests as claimants. If they did not waive their jurisidictional objections by filing claims, then their steps in this Court to protect their interests as claimants, including seeking relief from the antisuit injunction, opposing dissipation of receivership assets and objecting to Carney's conflict of interest as a partner in the law firm he has hired to represent

2

himself as receiver, are also not a waiver, and for the same reasons. (*See* Fractal's Memorandum of Law in Support of Motion to Intervene, *SEC v. Illarramendi*, No. 03:11-cv-00078-JBA (D. Conn), Doc. No. 557, at 4; Rowberrow's Memorandum of Law in Support of Motion to Intervene, *SEC v. Illarramendi*, Doc. No. 572, at 3).

Moreover, the Court has afforded the parties an opportunity to argue their positions before the Court at a hearing scheduled on this Motion for October 31, 2012. (E-Filed Calendar Notice, Doc. No. 92). The parties will have an opportunity on that occasion to address the new developments.

Finally, per a scheduling Order entered in *SEC v. Illarramendi* (Order Granting Receiver's Motion for Consolidated Briefing Schedule, *SEC v. Illarramendi*, Doc. No. 586 (both motions will be fully briefed by October 8, 2012)), the new developments, which consist entirely of filings in another docket of this Court, will be available to the Court well before the hearing on this Motion.

## **CONCLUSION**

For the foregoing reasons, the Motion (Doc. No. 101) should be denied. In the event the Court grants the Motion, the Movants should be granted leave to file a sur-sur-reply.

Respectfully submitted,

By: /s/ Sara J. Goldfarb

SHIPMAN & GOODWIN, LLP
One Constitution Plaza
Hartford, CT 06103
Tel: 860.251.5000
Fax: 860.251.5099
Ross H. Garber (ct17689)
Sara J. Goldfarb (ct28370)
rgarber@goodwin.com
sgoldfarb@goodwin.com

By: /s/ Michael P. Socarras

CHADBOURNE & PARKE, LLP
1200 New Hampshire Avenue NW
Washington, DC 20036
Tel: 202.974.5600
Fax: 202.974.5602
Michael P. Socarras (phv05388)
Marcelo M. Blackburn (phv05568)
LeeAnn O'Neill (phv05389)
msocarras@chadbourne.com
mblackburn@chadbourne.com
loneill@chadbourne.com

*Attorneys for Moris Beracha, Fractal Fund Management, Ltd., Fractal L Holding, Ltd., Fractal P Holding, Ltd., Northwestern International, Ltd., and Rowberrow Trading Corp.*

Respectfully submitted,

By: /s/ Sara J. Goldfarb

SHIPMAN & GOODWIN, LLP
One Constitution Plaza
Hartford, CT 06103
Tel: 860.251.5000
Fax: 860.251.5099
Ross H. Garber (ct17689)
Sara J. Goldfarb (ct28370)
rgarber@goodwin.com
sgoldfarb@goodwin.com

By: /s/ Michael P. Socarras

CHADBOURNE & PARKE, LLP
1200 New Hampshire Avenue NW
Washington, DC 20036
Tel: 202.974.5600
Fax: 202.974.5602
Michael P. Socarras (phv05388)
Marcelo M. Blackburn (phv05568)
LeeAnn O'Neill (phv05389)
msocarras@chadbourne.com
mblackburn@chadbourne.com
loneill@chadbourne.com

*Attorneys for Moris Beracha, Fractal Fund Management, Ltd., Fractal L Holding, Ltd., Fractal P Holding, Ltd., Northwestern International, Ltd., and Rowberrow Trading Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 28th day of September 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ Sara J. Goldfarb
Sara J. Goldfarb (ct28370)