

**SHIPMAN & GOODWIN** LLP®

COUNSELORS AT LAW

Ross H. Garber
Phone: 860-251-5901
Fax: 860-251-5319
rgarber@goodwin.com

December 11, 2012

**VIA FEDERAL EXPRESS**

Clerk of Court
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard, Suite 411
Bridgeport, CT 06604

    Re: <u>Carney v. Beracha et al., 3:12-cv-00180 (SRU)</u>

Dear Clerk of Court:

    We represent defendants Moris Beracha, Fractal Fund Management Ltd., Fractal L Holding Ltd., Fractal P Holding Ltd., Northwestern International, Ltd., and Rowberrow Trading Corp. (collectively, the "Moving Defendants") in the above referenced action. We write, on behalf of the Moving Defendants, to request correction of docket entry 107 in this action.

    Document 107 reflects the Courtroom Minutes from the November 20, 2012 hearing on, *inter alia*, the Moving Defendants' Motion to Dismiss (Doc. No. 63). The Minutes reflect that the Motion was both taken under advisement and denied. Similarly, the docket entry for Document 107 provides, in relevant part: "Oral ruling issued by Judge Underhill denying in part and taking under advisement [63] Motion to Dismiss for Lack of Jurisdiction...." The Court's transcript from the November 20th hearing, however, does not reflect a partial denial of the Moving Defendants' Motion. Instead, the transcript reflects Judge Underhill as stating: "I'm going to have [sic] get a decision out to you ...." (Tran. at 69: 13-14). Accordingly, Moving Defendants request that the Courtroom Minutes (Doc. 107) and corresponding docket entry be modified to remove reference to a partial denial of Moving Defendants' Motion to Dismiss (Doc. 63).

Clerk of Court
December 11, 2012
Page 2

Very truly yours,

Ross H. Garber (ct17689)
Counsel for Moving Defendants

RHG:sjg

Cc: The Honorable Stefan R. Underhill (via Federal Express)
Michael Socarras, Counsel for Moving Defendants (msocarras@chadbourne.com)
Jonathan New, Counsel for Plaintiff (jnew@bakerlaw.com)
Howard E. Cotton, Counsel for Defendant (howard.cotton@kattenlaw.com)
Jeffrey R. Hellman, Counsel for Defendant (jeff@jeffhellmanlaw.com)

2572182v1