# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER,<br><br>Plaintiff,<br><br>v.<br><br>MORIS BERACHA; 4A STAR CORP.; BRADLEYVILLE LTD.; BRAVE SPIRIT LTD.; DOBSON MANAGEMENT CORP.; EAST COAST CONSULTANT CORP.; FRACTAL FUND MANAGEMENT LTD.; FRACTAL L HOLDING LTD.; FRACTAL P HOLDING LTD.; HERMITAGE CONSULTANTS INC.; LA SIGNORIA ASSETS CORP.; NETVALUE STRATEGY, S.A.; NORTHWESTERN INTERNATIONAL, LTD.; and ROWBERROW TRADING CORP.,<br><br>Defendants. | Case No. 12-CV-00180-SRU<br><br><br><br><br><br><br><br><br><br>August 26, 2014 |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff John J. Carney, as court-appointed Receiver for Highview Point Partners LLC, Michael Kenwood Group, LLC and affiliates ("Receiver") and defendants Moris Beracha, 4A Star Corp., Rowberrow Trading Corp., Fractal Fund Management Ltd., Fractal L Holding Ltd., Fractal P Holding Ltd., La Signoria Assets Corp., Netvalue Strategy, S.A., Northwestern International Ltd., Brave Spirit Ltd., and Bradleyville Ltd. (collectively, the "Settling Defendants") hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) to the dismissal with prejudice of all of the Receiver's claims against the Settling Defendants in the above caption matter.

Respectfully Submitted,

*PLAINTIFF JOHN J. CARNEY, AS RECEIVER FOR HIGHVIEW POINT PARTNERS, LLC, MICHAEL KENWOOD GROUP, LLC, ET AL.*

By: /s/ Jonathan B. New
    Jonathan B. New (phv04633)
    Robertson D. Beckerlegge (phv05276)
    BAKER & HOSTETLER LLP
    45 Rockefeller Plaza, 14th Floor
    New York, New York 10111
    Email: jnew@bakerlaw.com
    Email: rbeckerlegge@bakerlaw.com
    Telephone: 212.589.4200
    Facsimile: 212.589.4201

*DEFENDANTS MORIS BERACHA, 4A STAR CORP., ROWBERROW TRADING CORP., FRACTAL FUND MANAGEMENT LTD., FRACTAL L HOLDING LTD., FRACTAL P HOLDING LTD., LA SIGNORIA ASSETS CORP., NETVALUE STRATEGY, S.A., NORTHWESTERN INTERNATIONAL LTD., AND BRAVE SPIRIT LTD.*

By: /s/ Brian E. Spears
    Brian E. Spears (ct14240)
    BRIAN SPEARS LLC
    2425 Post Road
    Southport, CT 06890
    Telephone: 203.292.9766
    Facsimile: 203.292.9682
    Email: bspears@brianspearsllc.com

    Adam S. Kaufmann (admitted pro hac vice)
    Lewis Baach Kaufmann Middlemiss, PLLC
    The Chrysler Bldg.
    405 Lexington Ave., 32nd Fl., Suite A
    New York, NY 10174
    Telephone: 212.826.7001
    Facsimile: 212.826.7146
    Email: Adam.Kaufmann@lewisbaach.com

    Eric L. Lewis (admitted pro hac vice)
    Lewis Baach, PLLC
    1899 Pennsylvania Ave., N.W., Suite 600
    Washington, DC 20006-3206
    Telephone: 202.833.8900
    Facsimile: 202.466.5738
    Email: Eric.Lewis@lewisbaach.com

*DEFENDANT BRADLEYVILLE LTD.*

By: /s/ __Jeffrey Hellman_____
    Jeffrey Hellman (ct04102)
    Zeisler & Zeisler, P.C.
    558 Clinton Avenue
    Bridgeport, CT 06605
    Tel. 203.368.4234
    Fax. (203) 549-0924
    Email: JHellman@zeislaw.com

    OF COUNSEL:
    Howard E. Cotton (phv05402)
    Michael S. Gordon (phv05403)
    Katten Muchin Rosenman LLP
    575 Madison Avenue
    New York, New York 10022
    Telephone: 212.940.8855
    Facsimile: 212.894.5855
    Email: howard.cotton@kattenlaw.com

**IT IS SO ORDERED.**

**Date: _____, 2014**    _____
                                                      **JUDGE STEFAN R. UNDERHILL/U.S.D.J.**