UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS<br>COURT-APPOINTED RECEIVER, | 3:12cv180(SRU) |
| Plaintiff, | |
| v. | |
| MORIS BERACHA; 4A STAR CORP.;<br>BRADLEYVILLE LTD.; BRAVE SPIRIT LTD.;<br>DOBSON MANAGEMENT CORP.;<br>EAST COAST CONSULTANT CORP.;<br>FRACTAL FUND MANAGEMENT LTD.;<br>FRACTAL L. HOLDING LTD.;<br>FRACTAL P. HOLDING LTD.;<br>HERMITAGE CONSULTANTS INC.;<br>LA SIGNORIA ASSETS CORP.;<br>NETVALUE STRATEGY, S.A.;<br>NORTHWESTERN INTERNATIONAL, LTD.; and<br>ROWBERROW TRADING CORP., | |
| Defendants. | |

### DEFAULT JUDGMENT

This action came on for consideration before the Honorable Stefan R. Underhill, United States District Judge, as a result of plaintiff's motion for default judgment against Hermitage Consultants Inc. pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. On August 26, 2014 and July 22, 2015 all remaining defendants were dismissed pursuant to stipulations. On April 19, 2016, a default entered against the defendant Hermitage Consultants Inc. The plaintiff filed a motion for default judgment on May 19, 2016, plaintiff's request for entry of judgment on default was granted on July 22, 2016, for the principal sum of $14,060,842, plus prejudgment interest of $4,269,483.59; for a total judgment of $18,330,325.59.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered in favor of the plaintiff against defendant Hermitage Consultants Inc. in the amount of $18,330,325.59 and the case is closed.

Dated at Bridgeport, Connecticut, this 29th day of July 2016.

ROBERTA D. TABORA, Clerk

By  /s/ Kristen Gould
Deputy Clerk

Entered on Docket  July 29, 2016